UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:04-CR-00498PMP-GWF |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY DARNELL JONES, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

　　　　Before the Court for consideration are the Findings and Recommendations (#66) of Magistrate Judge George Foley, Jr., regarding Defendant's Motion to Dismiss (#46). Defendant Jones filed Objections (#74) on October 12, 2006, to which the Government Responded (#78) on October 13, 2006.

　　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of the United States Magistrate Judge should be affirmed.

　　　　IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#66) of September 21, 2006, are affirmed , Defendant's Objections (#74) are overruled, and Defendant's Motion to Dismiss (#46) is DENIED.

DATED:  October 23, 2006

_____
PHILIP M. PRO
Chief United States District Judge