UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:04-cr-498-PMP-GWF |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY DARNELL JONES, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Before the Court for consideration are the Findings and Recommendations (#108) of Magistrate Judge George Foley, Jr., regarding Defendant's Motions to Suppress (#76 and #85) and Defendant's Motion to Re-Print Indictment to Strike Prejudicial Information (#75). Plaintiff's Complaint.  Objections (#116 and #119) to Magistrate Judge Foley's Findings and Recommendations were filed in accord with Local Rule IB 3-2, to which the Government Responded (#117).

   The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of the United States Magistrate Judge should be affirmed.

   IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#108) are affirmed, Defendant's Objections are overruled, Defendant's Motion to Suppress (#76) and Motion to Re-Print Indictment to Strike Prejudicial Information (#75) are denied, and Defendant's Motion to Suppress Photographs

1  (#85) is granted in part and denied in part as stated in Magistrate Judge Foley's Findings and
2  Recommendations.

4  DATED:  January 5, 2007

_____
PHILIP M. PRO
Chief United States District Judge