UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:04-cr-498-PMP-GWF |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY DARNELL JONES, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

  Before the Court for consideration are the Findings and Recommendations (#137 and #138) of Magistrate Judge George Foley, Jr., regarding Defendant's Motions to Dismiss (#120 and #132) and the Order of Magistrate Judge Foley denying Defendant's Emergency Motions for Oral Hearing to Apply Speedy Trial Statutory Criteria to Defendant's February 2, 2005 Arrest on his Federal Indictment (#121 and #122).  On January 10, 2007 and January 17, 2007, Defendant filed Replies to Government Oppositions to the above-referenced Motions, which may be construed as Objections to Magistrate Judge Foley's Findings and Recommendations were filed in accord with Local Rule IB 3-2.

  The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of the United States Magistrate Judge should be affirmed. Further, in accord with Local Rule 1B 3-1, as Judge Foley's Order regarding Defendant's Emergency Motion for Hearing is not clearly erroneous or contrary to law, it will also be affirmed.

1   IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and
2   Recommendations (#137 and #138) are affirmed, and Defendant's Motions to Dismiss
3   (#120 and #132) are denied.
4   IT IS FURTHER ORDERED that Magistrate Judge Foley's Order (#137 and
5   #138) is also affirmed and Defendant's Emergency Motions for Oral Hearing to Apply
6   Speedy Trial Statutory Criteria to Defendant's February 2, 2005 Arrest on his Federal
7   Indictment (#121 and #122) are denied.

9   DATED: February 5, 2007

_____
PHILIP M. PRO
United States District Judge